U.S. DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
RECEIVED   LAFAYETTE

FEB 26 2016

TONY R. MOORE, CLERK
WESTERN DISTRICT OF LOUISIANA
LAFAYETTE, LOUISIANA

**UNITED STATES DISTRICT COURT**
**WESTERN DISTRICT OF LOUISIANA**
**LAFAYETTE DIVISION**

| | |
|---|---|
| Block T Operating LLC | Civil Action No. 15-640 |
| versus | Judge Rebecca F. Doherty |
| Freeman, Jr., et al | Magistrate Judge Carol B. Whitehurst |

## JUDGMENT

For the reasons stated in the Report and Recommendation of the Magistrate Judge previously filed herein, and after an independent review of the record including the objections filed by petitioner, and having determined that the findings and recommendation are correct under the applicable law;

**IT IS ORDERED** that the Motion To Dismiss filed by the defendants, Joseph B. Freeman, Fr., Mabel T. Freeman, John T. Block and Sally G. Block [Rec. Doc. 5] is **GRANTED** and the claims of Block "T" Operating, LLC are **DISMISSED WITHOUT PREJUDICE** for lack of jurisdiction.

**THUS DONE AND SIGNED** in Lafayette, Louisiana, on this 24 day of February, 2015.

_____
Rebecca F. Doherty
United States District Judge

COPY SENT
DATE 2/26/16
BY
TO RFD
CB